1  **Pierce Bainbridge Beck Price & Hecht LLP**
   Brian J. Dunne (SBN 275689)
2  355 South Grand Avenue, 44th Floor
   Los Angeles, California 90071
3  (213) 262-9333

4  **Dhillon Law Group Inc.**
   Harmeet K. Dhillon (SBN 207873)
5  *harmeet@dhillonlaw.com*
   Nitoj Singh (SBN 265005)
6  *nsingh@dhillonlaw.com*
   177 Post Street, Suite 700
7  San Francisco, CA 94108
   (415) 433-1700
8
   *Attorneys for Defendant Sharidan Stiles*
9
10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12
   AMERICAN INTERNATIONAL              Case No. 2:19-cv-01218-WBS-EFB
13 INDUSTRIES, a California General
   Partnership,                        **STIPULATION TO EXTEND TIME TO
14                                      RESPONSE TO THE COMPLAINT
              Plaintiff,                BY 28 DAYS (FIRST EXTENSION)**
15
         v.
16
   SHARIDAN STILES, an individual,
17
              Defendant.
18
19
20
21
22 ────────────────────────────────

23       **STIPULATION EXTENDING TIME FOR DEFENDANT
       TO RESPOND TO THE COMPLAINT BY 28 DAYS (FIRST EXTENSION)**
24

25     WHEREAS Defendant Sharidan Stiles was served with the Complaint in this matter

26 on July 15, 2019, such that **Defendant's response to the Complaint is presently due on**

27 **Monday, August 5, 2019**; and

28

1    WHEREAS Counsel for Defendant has prescheduled work and travel commitments

2    in early August; and

3    WHEREAS Local Rule 144 provides that the parties may stipulate to an extension of

4    no more than 28 days to respond to the Complaint; and

5    WHEREAS **no other extension of time to respond to the Complaint has been**

6    **sought or obtained in this case**;

7    THE PARTIES STIPULATE THAT DEFENDANT SHARIDAN STILES SHALL HAVE

8    AN ADDITIONAL 28 DAYS TO RESPOND TO THE COMPLAINT, SUCH THAT DEFEND-

9    ANT'S RESPONSE SHALL BE DUE **SEPTEMBER 2, 2019**.[1]

10

11   Dated: August 2, 2019                     Respectfully submitted,

12                                             **Pierce Bainbridge Beck Price & Hecht LLP**

13                                             By:     /s/ Brian J. Dunne_____
                                                       Brian Dunne
14                                                     *Attorneys for Defendant Sharidan Stiles*

15   Dated: August 2, 2019                     Respectfully submitted,

16                                             **CONKLE, KREMER & ENGEL PC**

17                                             By:     _____/s/_____
18                                                     Zachary Page
                                                       *Attorneys for Plaintiff American*
19                                                     *International Industries, Inc.*

20

21

22

23

24

25

26   [1] This document is being filed through the Court's ECF System. Counsel for Defendant at-
     tests that (1) the content of this document is acceptable to all persons required to sign it; (2)
27   Plaintiff's counsel has concurred with the filing of this document; and (3) a record support-
     ing said concurrence is available if so ordered.
28

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**  Defendant should answer or otherwise respond to Plaintiff's Complaint on or before Monday, September 2, 2019.

Dated:  August 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE