**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for
Defendant Sharidan Stiles*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, a California General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SHARIDAN STILES, an individual,<br><br>Defendant. | Case No. 2:19-cv-01218-WBS-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY FOUR DAYS**<br><br>FAC Served: September 24, 2019<br><br>Current Response Deadline: October 11, 2019<br><br>New Response Deadline: October 15, 2019 |

1  WHEREAS Defendant Sharidan Stiles was served with the First
2  Amended Complaint in this matter on September 24, 2019;

3  WHEREAS the deadline for Defendant's response to the First
4  Amended Complaint is October 11, 2019;

5  WHEREAS Counsel for Defendant has prescheduled work and
6  other obligations that make meeting the October 11 deadline im-
7  practical;

8  WHEREAS Local Rule 144(a) provides that the parties may
9  stipulate to an extension of no more than 28 days to respond to
10 a complaint without court leave;

11 WHEREAS, Defendant has not previously requested an exten-
12 sion of time to respond to the First Amended Complaint;

13 NOW, THEREFORE, THE PARTIES STIPULATE THAT Defendant Shari-
14 dan Stiles shall have an additional four days to respond to the
15 First Amended Complaint, such that Defendant's response shall be
16 due October 15, 2019.

Dated: October 8, 2019         Respectfully submitted,

                               **Pierce Bainbridge**
                               **Beck Price & Hecht LLP**

                               By:  ___/s/  Brian J. Dunne___
                                    Brian Dunne
                                    *Attorneys for*
                                    *Defendant Sharidan Stiles*

Dated: October 8, 2019         Respectfully submitted,

                               **Conkle, Kremer & Engel PC**

                               By:  ___/s/ Zachary Page (as___
                                    ___authorized on October 8, 2019)___
                                    Zachary Page
                                    *Attorneys for*
                                    *Plaintiff American Interna-*
                                    *tional Industries, Inc.*

---
**Stipulation to Extend Time to Respond**

**ORDER**

The parties' stipulation is GRANTED. Defendant Sharidan Stiles shall respond to Plaintiff's First Amended Complaint on or before October 15, 2019.

*So ordered.*

Dated: October 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE